RUTAN & TUCKER, LLP
Kaveh Badiei (State Bar No. 215179)
Five Palo Alto Square
3000 El Camino Real, Suite 200
Palo Alto, CA 94306-9814
Telephone:  650-320-1500
Facsimile:   650-320-9905
kbadiei@rutan.com

Attorneys for Plaintiffs
Kenneth Blume and Asia Blume

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BLUME and ASIA BLUME,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA and Does 1 through 10, inclusive,<br><br>Defendants. | Case No. C08-03263<br><br>**COMPLAINT TO QUIET TITLE TO CERTAIN REAL PROPERTY** |

This action seeks to clear title to residential real property that has been owned by Plaintiffs Kenneth Blume and Asia Blume ("Plaintiffs") since April 2, 2007. As their complaint against defendants United States of America and Does 1 through 10, inclusive (collectively "Defendants"), Plaintiffs allege as follows:

**JURISDICTION AND VENUE**

1.  This is an action pursuant to, *inter alia*, 28 U.S.C.§ 2410 to quiet title with respect to certain real property as to which the United States of America, Department of the Treasury, Internal Revenue Service, claims certain tax liens.

2.  Venue is proper in this judicial district pursuant to 28 U.S.C.§ 1391(d) on the ground that the real property at issue in this case is located in the City of Castro Valley, County of Alameda, State of California, which is located in this judicial district and on the further ground

that some of the Notices of Federal Tax Lien at issue in this case were issued by the Oakland, California office of the Internal Revenue Service of the Department of the Treasury.

## INTRODUCTORY ALLEGATIONS

3. Plaintiffs are residents of the County of Alameda, State of California.

4. Defendant United States of America contains numerous departments and agencies, including the Department of the Treasury and the Internal Revenue Service within the Department of the Treasury.

5. Plaintiffs are ignorant of the true names and capacities of the defendants sued as Does 1 through 10, inclusive, and therefore sue these defendants by such fictitious names. Plaintiffs will amend this Complaint to assert their true names and capacities when they have been ascertained. Plaintiffs are informed and believe and on that basis allege that each of the fictitiously named defendants claims some right, title, estate, lien, or interest in the Property which constitutes a cloud on Plaintiffs' title and that each of the fictitiously named defendants is responsible in some manner for the occurrences alleged and that Plaintiffs' damages were proximately caused by their conduct.

6. Plaintiffs are informed and believe and on that basis allege that at all times mentioned herein, each of the defendants has been the agent, servant, employee and/or representative of each of the remaining defendants and, in doing the things alleged in this Complaint, was acting within the scope of his, her or its authority as such agent, servant, employee, and/or representative with the knowledge, permission, consent and/or ratification of the remaining defendants.

## THE PROPERTY AND DEFENDANTS' LIENS

7. The real property which is the subject of this action is located at 22690 Canyon Terrace Drive, Castro Valley, California and is more particularly described as:

Parcel No. 1:

Unit No. 20-01-1, consisting of certain airspace, surface and other elements as shown and described in the Condominium Plan. . . .

Parcel No. 2:

1  An undivided one-fourth (1/4th) fee simple interest, as a tenant in
2  common, in and to Lot 20, Tract 6395, filed March 27, 1995, Map
3  Book 217, Pages 54-60, Alameda County Records, Assessor's
4  Parcel Number 417-0283-197 (the "Property").

5  8.  The Property is Plaintiffs' personal residence. Plaintiffs acquired the Property for valuable consideration by way of a grant deed from Lisa L. Montalvo, recorded on or about April 2, 2007 in the Official Records of Alameda County, State of California, as Instrument No. 2007127216. At that time, there were no tax liens showing of record against the Property. Plaintiffs were bona fide purchasers of the Property.

9.  By way of background to Plaintiffs' present ownership of the Property, Kelvin A. Montalvo and Lisa L. Montalvo, as husband and wife, acquired the Property on or about March 27, 2001, by way of a grant deed which was recorded in the Official Records of Alameda County, State of California, as Instrument No. 2001103603.

10.  On or about November 22, 2004, Kelvin A. Montalvo and Lisa L. Montalvo engaged in an interspousal transfer of the Property by way of an Interspousal Transfer Grant Deed from Kelvin A. Montalvo, as spouse of grantee, to Lisa L. Montalvo, a married woman as her sole and separate property, which was recorded on or about December 8, 2004 in the Official Records of Alameda County, State of California, as Instrument No. 2004542353.

11.  Plaintiffs are informed and believe and on that basis allege that at all relevant times, Kelvin A. Montalvo's address was 3170 Kirkcaldy Street, Pleasanton, California 94588.

12.  Defendants have recorded three liens and two amended liens in the Official Records of Alameda County, State of California, which the Defendants have contended at one time or another show of record against the Property. The liens were created by liability solely on the part of Kelvin A. Montalvo, who was not Plaintiffs' grantor but who at all relevant times was the husband of Plaintiffs' sole grantor Lisa L. Montalvo. These liens are discussed in the following paragraphs.

13.  A true and correct copy of a Notice of Federal Tax Lien in the amount of $177,259.07 which is dated October 17, 2002 and which was prepared by the Laguna Niguel

office of the Internal Revenue Service and recorded on or about October 28, 2002 in the Official Records of Alameda County, State of California, as Instrument Number 2002487500 (the "2002 Lien") is attached to this complaint as Exhibit 1. Plaintiffs are informed and believe and on that basis allege that the 2002 Lien has no force and effect and is unenforceable against the Property because, among other possible reasons, it refers to "Albert Montalvo" rather than Kelvin Montalvo, which is the name of the taxpayer whose liability gives rise to the 2002 Lien. Moreover, the 2002 Lien does not refer to the residence address Kelvin A. Montalvo had at the time, which was 3170 Kirkcaldy Street, Pleasanton, California 94588. Rather, the 2002 Lien lists a residence address of "3170 Kirkcoldy St., Pleasant, CA 94588."

14. Plaintiffs are informed and believe and on that basis allege that Defendants came to realize that the 2002 Lien was defective because it referred to "Albert Montalvo" and did not refer to the taxpayer – Kelvin Montalvo – whose liability gave rise to the liability reflected in the 2002 Lien. As a result, Defendants filed an amended lien to set forth the name of the taxpayer as "Albert Montalvo AKA Kelvin Montalvo." A true and correct copy of a Notice of Federal Tax Lien in the amount of $177,259.07 which is dated April 27, 2005 and which was prepared by the Oakland office of the Internal Revenue Service and recorded on or about May 4, 2005 in the Official Records of Alameda County, State of California, as Instrument Number 2005177959 (the "Amended 2002 Lien") is attached to this complaint as Exhibit 2. The Amended 2002 Lien – like the original 2002 Lien – lists the residence address of the taxpayer as "3170 Kirkcoldy St., Pleasant, CA 94588." Plaintiffs are informed and believe and on that basis allege that the Amended 2002 Lien has no force and effect and is unenforceable against the Property because, among other possible reasons, Kelvin Montalvo never had any interest in any property described as "3170 Kirkcoldy St., Pleasant, CA 94588." Plaintiffs are further informed and believe and on that basis allege that the Amended 2002 Lien has no force and effect and is unenforceable against the Property because even if the Amended 2002 Lien otherwise had been valid, as of the time the Amended 2002 Lien was recorded on or about May 4, 2005, Kelvin Montalvo no longer had any interest in the Property as a result of the Interspousal Transfer Grant Deed which was recorded on or about December 8, 2004. Plaintiffs also are informed and believe and on that basis allege that

simply adding "AKA Kelvin Montalvo" to the notice while concomitantly leaving "Albert Montalvo" as the principal name of the taxpayer would not result in imparting constructive notice that the Amended 2002 Lien would encumber the Property or any other property that at any time might have been owned by Kelvin Montalvo.

15. A true and correct copy of a Notice of Federal Tax Lien in the amount of $15,868.13 which is dated November 24, 2004 and which was prepared by the Oakland office of the Internal Revenue Service and recorded on or about December 1, 2004 in the Official Records of Alameda County, State of California, as Instrument Number 2004533333 (the "2004 Lien") is attached to this complaint as Exhibit 3. Plaintiffs are informed and believe and on that basis allege that the 2004 Lien has no force and effect and is unenforceable against the Property because, among other possible reasons, it refers to "Albert Montalvo" rather than Kelvin Montalvo, which is the name of the taxpayer whose liability gives rise to the 2004 Lien. Moreover, the 2004 Lien does not refer to the residence address Kelvin A. Montalvo had at the time, which was 3170 Kirkcaldy Street, Pleasanton, California 94588. Rather, the 2004 Lien lists a residence address of "3170 Kirkcoldy St., Pleasanton, CA 94588-0000."

16. Plaintiffs are informed and believe and on that basis allege that Defendants came to realize that the 2004 Lien was defective because it referred to "Albert Montalvo" and did not refer to the taxpayer – Kelvin Montalvo – whose liability gave rise to the liability reflected in the 2004 Lien. As a result, Defendants filed an amended lien to set forth the name of the taxpayer as "Albert Montalvo AKA Kelvin Montalvo." A true and correct copy of a Notice of Federal Tax Lien in the amount of $15,868.13 which is dated May 3, 2006 and which was prepared by the Los Angeles office of the Internal Revenue Service and recorded on or about May 10, 2006 in the Official Records of Alameda County, State of California, as Instrument Number 2006187164 (the "Amended 2004 Lien") is attached to this complaint as Exhibit 4. Plaintiffs are informed and believe and on that basis allege that the Amended 2004 Lien – like the Amended 2002 Lien – has no force and effect and is unenforceable against the Property because, among other possible

reasons, even if the Amended 2004 Lien otherwise had been valid, as of the time the Amended 2004 Lien was recorded on or about May 10, 2006, Kelvin Montalvo no longer had any interest in the Property as a result of the Interspousal Transfer Grant Deed which was recorded on or about December 8, 2004. Plaintiffs also are informed and believe and on that basis allege that simply adding "AKA Kelvin Montalvo" to the notice while concomitantly leaving "Albert Montalvo" as the principal name of the taxpayer would not result in imparting constructive notice that the Amended 2004 Lien would encumber the Property or any other property that at any time might have been owned by Kelvin Montalvo.

17.  A true and correct copy of a Notice of Federal Tax Lien in the amount of $28,872.30 which is dated June 30, 2006 and which was prepared by the Los Angeles office of the Internal Revenue Service and recorded on or about July 12, 2006 in the Official Records of Alameda County, State of California, as Instrument Number 2006271122 (the "2006 Lien") is attached to this complaint as Exhibit 5. Plaintiffs are informed and believe and on that basis allege that the 2006 Lien has no force and effect and is unenforceable against the Property because, among other possible reasons, even if the 2006 Lien otherwise had been valid, as of the time the 2006 Lien was recorded on or about July 12, 2006, Kelvin Montalvo no longer had any interest in the Property as a result of the Interspousal Transfer Grant Deed which was recorded on or about December 8, 2004. In the 2006 Lien, Defendants identified the taxpayer as "Kelvin A. Montalvo," thus in effect acknowledging that the manner in which they had named the taxpayer in the 2002 Lien, the Amended 2002 Lien, the 2004 Lien and the Amended 2004 Lien had been defective. (At times the 2002 Lien, the Amended 2002 Lien, the 2004 Lien, the Amended 2004 Lien and the 2006 Lien are referred to collectively as the "Liens.")

18.  Plaintiffs are informed and believe and on that basis allege that none of the Liens provided Plaintiffs with notice as required by 26 U.S.C. § 6323(a). Section 6323(a) provides that a federal tax lien shall not be valid against any purchaser until a notice has been filed by the Secretary of the Treasury which meets the requirements of subsection (f) of 26 U.S.C. § 6323(a). Plaintiffs are informed and believe and on that basis allege that based on 26 U.S.C. § 6323(f), the

Liens did not impart constructive notice to Plaintiffs prior to when they purchased the Property because the State of California and the County of Alameda in particular maintain a public grantor-grantee index for the recording of federal tax liens, and the Liens were not entered and recorded in the public index in such a manner that a reasonable inspection of the index would have revealed the existence of the Liens. Based on the information contained in the Liens, a reasonable inspection of the index would not have put Plaintiffs on notice that the 2002 Lien and 2004 Lien against Albert Montalvo were in fact against Kelvin Montalvo or that the Liens were recorded against the Property and/or were encumbering the Property. The 2002 Lien and 2004 Lien incorrectly name the taxpayer as "Albert Montalvo." The Amended 2002 Lien and the Amended 2004 Lien incorrectly name the taxpayer as "Albert Montalvo AKA Kelvin Montalvo." The 2002 Lien and Amended 2002 Lien list a residence address of "3170 Kirkcoldy St., Pleasant, CA 94588," which is not an address where Kelvin Montalvo ever resided or a property which Kelvin Montalvo ever owned. The 2004 Lien lists a residence address of "3170 Kirkcoldy St., Pleasanton, CA 94588," which also is not an address where Kelvin Montalvo ever resided or a property which Kelvin Montalvo ever owned. Based on the information contained in the Liens, a reasonable inspection of the index would not have imparted constructive notice to Plaintiffs that the Liens were recorded against or were encumbering the Property.

19. Moreover, inasmuch as Kelvin Montalvo no longer held title to the Property as of the dates the Amended 2002 Lien, the Amended 2004 Lien, and the 2006 Lien were recorded, none of these liens could have encumbered the Property.

20. Accordingly, Plaintiffs seek to quiet title to the Property as of April 2, 2007, which is the date they acquired title to the Property, and to clear title to the Property against all adverse claims of the Defendants, viz., the 2002 Lien, the Amended 2002 Lien, the 2004 Lien, the Amended 2004 Lien, and the 2006 Lien and any claims being asserted by the fictitiously named defendants. Although it is Plaintiffs' position that none of the Liens has any force or effect and that none of them is enforceable against the Property, in the event the court were to determine that any of the Liens are enforceable, then Plaintiffs seek in the alternative that Defendants' recovery be limited to no more than the amount they would have received if the Liens had been paid at the

time of the transfer of title of the Property from Lisa L. Montalvo to Plaintiffs on or about April 2, 2007.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs pray for judgment against Defendants, and each of them, as follows:

1. For a judgment quieting title to Plaintiffs' Property as of April 2, 2007, or, in the alternative, if that is impracticable, as of the date Plaintiffs filed this Complaint, and determining that Defendants, and each of them, have no right, title, estate, lien, or interest in Plaintiffs' Property;

2. In the alternative, in the event the court determines any of the Liens are enforceable, that Defendants' recovery be limited to no more than the amount they would have received if the Liens had been paid at the time of the transfer of title of the Property from Lisa L. Montalvo to Plaintiffs on or about April 2, 2007.

3. For costs incurred in this action; and

4. For such other and further relief as the Court may deem just and proper.

Dated: July 7, 2008

RUTAN & TUCKER, LLP

By: /s/ Kaveh Badiei
Kaveh Badiei
Attorneys for Plaintiffs
Kenneth Blume and Asia Blume

# EXHIBIT 1

Recording Requested By Internal Revenue Service. When recorded mail to:

INTERNAL REVENUE SERVICE
24000 AVILA ROAD, MAIL STOP 5910
LAGUNA NIGUEL, CA 92677

For Optional Use by Recording Office

| Form 668 (Y)(c) | 1008 Department of the Treasury - Internal Revenue Service |
| --- | --- |
| (Rev. October 2000) | **Notice of Federal Tax Lien** |

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #14 | Serial Number |
| --- | --- |
| Lien Unit Phone: (949) 389-4225 | 102202802 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  ALBERT MONTALVO

Residence  3170 KIRKCOLDY ST
PLEASANT, CA 94588

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
| --- | --- | --- | --- | --- | --- |
| 1040 | 12/31/1996 | 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 | 08/04/1997 | 09/03/2007 | |
| 1040 | 12/31/1996 | 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 | 02/28/2000 | 03/30/2010 | 5593.20 |
| 1040 | 12/31/1998 | 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 | 05/27/2002 | 06/26/2012 | 170479.38 |
| 1040 | 12/31/1999 | 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 | 07/03/2000 | 08/02/2010 | 185.99 |
| 6702 | 12/31/1996 | 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 | 02/09/1998 | 03/10/2008 | 500.00 |
| 6702 | 12/31/1998 | 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 | 09/04/2000 | 10/04/2010 | 500.00 |

Place of Filing  COUNTY RECORDER
Alameda County
OAKLAND, CA 94612

Total  $  177259.07

This notice was prepared and signed at  LAGUNA NIGUEL, CA  , on this,
the  17th  day of  October , 2002.

Signature  L. Alvarado
FOR P. COVARRUBIAS

Title  REVENUE OFFICER
(562) 980-3514    34-03-4526

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 10-00)

EXHIBIT 1, PAGE 9

# EXHIBIT 2

Case 3:08-cv-03263-PJH   Document 1   Filed 07/07/2008   Page 11 of 18

MAR-13-2008 16:02 FROM:   4152275159   TO  94443917   P.3/15

Recording Requested By Internal Revenue
Service When recorded mail to:

INTERNAL REVENUE SERVICE
1301 CLAY ST #1400-S
OAKLAND, CA 94612

2005176959  05/04/2005 02:51 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
PATRICK O'CONNELL
RECORDING FEE:  7.00

1 PG

A14

( ) For Optional Use by Recording Office

| Form 668 (Y)(c) (Rev. February 2004) | 9714 Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #13 Lien Unit Phone: (510) 637-2386 | Serial Number 225445405 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer   ALBERT MONTALVO
                   AKA KELVIN MONTALVO

Residence   3170 KIRKCOLDY ST
            PLEASANT, CA 94588

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1996 | 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 | 08/04/1997 | 09/03/2007 |  |
| 1040 | 12/31/1996 | 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 | 02/28/2000 | 03/30/2010 | 5593.20 |
| 1040 | 12/31/1998 | 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 | 05/27/2002 | 06/26/2012 | 170479.88 |
| 1040 | 12/31/1999 | 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 | 07/03/2000 | 08/02/2010 | 185.99 |
| 6702 | 12/31/1996 | 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 | 02/09/1998 | 03/10/2008 | 500.00 |
| 6702 | 12/31/1998 | 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 | 09/04/2000 | 10/04/2010 | 500.00 |

This Notice of Federal Tax Lien amends Notice of Federal Tax Lien Recording Number 2002487500 filed 10/28/2002 with the Alameda County Recorder in Oakland, CA to include AKA Kelvin Montalvo.

Place of Filing
            COUNTY RECORDER
            Alameda County              Total $ 177259.07
            OAKLAND, CA 94612

This notice was prepared and signed at   OAKLAND, CA   , on this,
the   27th   day of   April   , 2005.

Signature   /s/ Sherwood        Title   REVENUE OFFICER        33-04-2320
for CYNTHIA MACKEY                       (510) 637-2303

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office     Form 668(Y)(c) (Rev. 2-2004)
                                       CAT. NO 60025X

EXHIBIT 2, PAGE 10

# EXHIBIT 3

Requested by Internal Revenue
[illegible]

INTERNAL REVENUE SERVICE
1301 CLAY ST #1400-S
OAKLAND, CA 94612



2004533333  12/01/2004 03:04 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
PATRICK O'CONNELL
RECORDING FEE:  7.00

1 PG

For Optional Use by Recording Office

| Form 668 (Y)(c) | 1872 Department of the Treasury - Internal Revenue Service |
| --- | --- |
| (Rev. February 2004) | **Notice of Federal Tax Lien** |

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #13 | Serial Number |
| --- | --- |
| Lien Unit Phone: (510) 637-2386 | 202216604 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  ALBERT MONTALVO

Residence  3170 KIRKCOLDY ST
PLEASANTON, CA 94588-0000

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
| --- | --- | --- | --- | --- | --- |
| 1040 | 12/31/2000 | 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 | 06/28/2004 | 07/28/2014 | 11992.63 |
| 1040 | 12/31/2001 | 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 | 06/28/2004 | 07/28/2014 | 3875.50 |

Place of Filing   COUNTY RECORDER
Alameda County
OAKLAND, CA 94612

Total  $  15868.13

This notice was prepared and signed at  OAKLAND, CA  , on this,
30th day of November, 2004.

Signature  C Sherwood       Title  REVENUE OFFICER  33-04-3226
                                   (510) 637-2669

NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

EXHIBIT 3, PAGE 11

# EXHIBIT 4

MAR-13-2008 16:05 FROM: 4152275159 TO: 4094443817 P.15/15

Recording Requested By Internal Revenue Service. When recorded mail to:

INTERNAL REVENUE SERVICE
PO BOX 145585 STOP 8420G
CINCINNATI, OH 45250-5585



2006187164   05/10/2006 10:19 AM
OFFICIAL RECORDS OF ALAMEDA COUNTY
PATRICK O'CONNELL
RECORDING FEE:     0.00

For Optional Use by Recording Office

| Form 668 (Y)(c) (Rev. February 2004) | 1245 Department of the Treasury - Internal Revenue Service AMENDED **Notice of Federal Tax Lien** |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7 Lien Unit Phone: (800) 913-6050 | Serial Number 288609206 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer: ALBERT MONTALVO
AKA KELVIN MONTALVO
*AMENDS SLID #202216604

Residence: 3170 KIRKCALDY ST
PLEASANTON, CA 94588-2954

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2000 | XXX-XX-7950 | 06/28/2004 | 07/28/2014 | 11992.63 |
| 1040 | 12/31/2001 | XXX-XX-7950 | 06/28/2004 | 07/28/2014 | 3875.50 |

This Notice of Federal Tax Lien amends Notice of Federal tax Lien Recording Number 2004533333 filed on 12/01/2004 with the Alameda County Recorder in Oakland, CA to include AKA Kelvin Montalvo.

Place of Filing: COUNTY RECORDER
Alameda County
OAKLAND, CA 94612

Total $ 15868.13

This notice was prepared and signed at LOS ANGELES, CA, on this, the 03rd day of May, 2006.

Signature: R. A. Mitchell for CYNTHIA MACKEY

Title: REVENUE OFFICER (510) 637-2303    27-04-2320

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409).

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

EXHIBIT 4, PAGE 12

# EXHIBIT 5



```
                                                2006271122    07/12/2006 01:44 PM
INTERNAL REVENUE SERVICE                        OFFICIAL RECORDS OF ALAMEDA COUNTY
PO BOX 145585 STOP 8420G                        PATRICK O'CONNELL
CINCINNATI, OH 45250-5595                             RECORDING FEE:        8.00
```

For Optional Use by Recording Office

| Form 668 (Y)(c) | 1872 Department of the Treasury - Internal Revenue Service |
|---|---|
| (Rev. February 2004) | **Notice of Federal Tax Lien** |

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7 | Serial Number |
| Lien Unit Phone: (800) 913-6050 | 300496606 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer KELVIN A MONTALVO

Residence  3170 KIRKCALDY ST
           PLEASANTON, CA 94588-2954

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1997 | XXX-XX-7950 | 04/17/2006 | 05/17/2016 | 28872.30 |

Place of Filing
   COUNTY RECORDER
   Alameda County                                       Total | $ | 28872.30
   OAKLAND, CA 94612

This notice was prepared and signed at LOS ANGELES, CA, on this,
20th day of June, 2006.

Signature                              Title
                                       REVENUE OFFICER            27-04-3426
   JUDITH A MACKEY                    (510) 637-2303

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office                    Form 668(Y)(c) (Rev. 2-2004)
                                                     CAT. NO 60025X

EXHIBIT 5, PAGE 13