COPY

E-filing

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BLUME and ASIA BLUME | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. |
| UNITED STATES OF AMERICA and DOES 1-10 | ) |
| Defendant | ) **C08-03263** |

ADR

PJH

**Summons in a Civil Action**

To: *(Defendant's name and address)*

UNITED STATES OF AMERICA

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Kaveh Badiei, Esq. (SBN 215179)
RUTAN & TUCKER, LLP
Five Palo Alto Square
3000 El Camino Real, Suite 200
Palo Alto, CA 94306

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

Date: JUL - 7 2008

Name of clerk of court
CYNTHIA LENAHAN

Deputy clerk's signature

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 04/08) Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on _____, _____.
by:

   (1) personally delivering a copy of each to the individual at this place, _____
   _____; or

   (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
   who resides there and is of suitable age and discretion; or

   (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
   _____; or

   (4) returning the summons unexecuted to the court clerk on _____; or

   (5) other *(specify)* _____
   _____
   _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00. _____

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

American LegalNet, Inc.
www.FormsWorkflow.com