1  RUTAN & TUCKER, LLP
   Kaveh Badiei (State Bar No. 215179)
2  Five Palo Alto Square
   3000 El Camino Real, Suite 200
3  Palo Alto, California 94306
   Telephone: 650-320-1500
4  Facsimile:  650-320-9905
   kbadiei@rutan.com
5
   Attorneys for Plaintiffs
6  Kenneth Blume and Asia Blume

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | KENNETH BLUME and ASIA BLUME,        | Case No. C08-03263-PJH
12 |            Plaintiffs,               | PROOF OF SERVICE OF SUMMONS,
   |                                      | COMPLAINT AND OTHER
13 |       v.                             | DOCUMENTS TO THE U.S.
   |                                      | DEPARTMENT OF JUSTICE, AND
14 | UNITED STATES OF AMERICA and         | LAGUNA NIGUEL'S, OAKLAND'S
   | Does 1 through 10, inclusive,        | AND LOS ANGELES' OFFICES OF
15 |                                      | THE INTERNAL REVENUE SERVICE
   |            Defendants.               |
16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE BY CERTIFIED MAIL

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

    I am employed by the law office of Rutan & Tucker, LLP in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action. My business address is Five Palo Alto Square, 3000 El Camino Real, Suite 200, Palo Alto, CA 94306-9814.

    On July 10, 2008, I served on the interested parties in said action the within:

**SUMMONS IN A CIVIL ACTION**

**COMPLAINT TO QUIET TITLE TO CERTAIN REAL PROPERTY**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES/ORDER REQUIRING JOINT CASE MANAGEMENT STATEMENT AND APPEARANCE AT CASE MANAGEMENT CONFERENCE/STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA—CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL/CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE/DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

**BOOKLET: CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA**

**U.S. DISTRICT COURT OF NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT**

**WELCOME TO THE OAKLAND DIVISIONAL OFFICE OF THE UNITED STATES DISTRICT COURT**

**WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO**

by placing a true copy thereof in sealed envelope(s) addressed as stated on the attached mailing list.

    In the course of my employment with Rutan & Tucker, LLP, I have, through first-hand personal observation, become readily familiar with Rutan & Tucker, LLP's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice I deposited such envelope(s) in an out-box for collection by other personnel of Rutan & Tucker, LLP, and for ultimate posting and placement with the U.S. Postal Service on that same day in the ordinary course of business. If the customary business practices of Rutan & Tucker, LLP with regard to collection and processing of correspondence and mailing were followed, and I am confident that they were, such envelope(s) were posted and placed in the United States mail at Palo Alto, California, that same date. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Rutan & Tucker, LLP
attorneys at law

2395/034819-0360
938217.01 a07/10/08

-2-
PROOF OF SERVICE

Case No. C08-03263-PJH

1    Executed on July 10, 2008, at Palo Alto, California.

2    I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true
3    and correct.

4

5   _____Maryknol Respicio_____          _____[signature]_____
          (Type or print name)                         (Signature)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Rutan & Tucker, LLP
attorneys at law

2395/034819-0360
938217.01 a07/10/08

-3-
PROOF OF SERVICE

Case No. C08-03263-PJH

**SERVICE LIST**
*Blume v. United States of America*
**U.S. District Court/Northern District Case No. C08-03263-PJH**

| | |
|---|---|
| U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC  20530-0001<br>Attn:  Civil Process Clerk<br>Certified Mail No. 70072560000315125576 | Internal Revenue Service<br>24000 Avila Road<br>Laguna Niguel, CA  92677<br>Certified Mail No. 70072560000315125569 |
| Internal Revenue Service<br>1301 Clay Street<br>Oakland, CA  94612<br>Certified Mail No. 70072560000315125552 | Internal Revenue Service<br>300 N. Los Angeles Street<br>Los Angeles, CA  90012<br>Certified Mail No. 70072560000315125545 |

Rutan & Tucker, LLP
attorneys at law

2395/034819-0360
938217.01 a07/10/08

-4-
PROOF OF SERVICE
Case No. C08-03263-PJH

**Receipt 1** (7007 2560 0003 1512 5569)
Sent To: IRS
Street: 24000 Avila Road
City: Laguna Niguel, CA

**Receipt 2** (7007 2560 0003 1512 5576)
Sent To: US Dept of Justice
Street: 950 Pennsylvania Ave NW
City: Washington, DC 20530

**Receipt 3** (7007 2560 0003 1512 5545)
Sent To: IRS
Street: 300 N. Los Angeles St.
City: Los Angeles, CA 90012

**Receipt 4** (7007 2560 0003 1512 5552)
Sent To: IRS
Street: 1301 Clay St
City: Oakland, CA 94612