RUTAN & TUCKER, LLP
Kaveh Badiei (State Bar No. 215179)
Five Palo Alto Square
3000 El Camino Real, Suite 200
Palo Alto, California 94306
Telephone: 650-320-1500
Facsimile: 650-320-9905
kbadiei@rutan.com

Attorneys for Plaintiffs
Kenneth Blume and Asia Blume

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| KENNETH BLUME and ASIA BLUME, | Case No. C08-03263-PJH |
|---|---|
| Plaintiffs, | **PROOF OF SERVICE OF SUMMONS, COMPLAINT AND OTHER DOCUMENTS TO THE UNITED STATES ATTORNEY** |
| v. | |
| UNITED STATES OF AMERICA and Does 1 through 10, inclusive, | |
| Defendants. | |

Rutan & Tucker LLP
attorneys at law

2395/034819-0360
938217 a07/10/08

-1-
PROOF OF SERVICE

Case No. C08-03263-PJH

AO 440 (Rev. 10/93) Summons in a Civil Action

Case #C08- 03263 ADR PJH    Blume v U.S.A.
please see attached list of documents served

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | July 9, 2008 |

| Name of SERVER (PRINT) | TITLE |
|---|---|
| Frank Smith | Registered Process Server |

*Check one box below to indicate appropriate method of service*

**x**   Served Personally upon the Defendant. Place where served:
United States of America, 450 Golden Gate Ave, 9th floor, San Francisco, CA 94102
by serving United States Attorney, Diann Lackey, Authorized to Accept

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and .....
discretion then residing therein.
Name of person with whom the summons and complaint were left

Returned unexecuted:

Other *(specify)*:

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 93.75 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 10, 2008
                Date

Signature of Server
Frank Smith

**FRANK SMITH**
**SANTA CLARA COUNTY #1085**

*Address of Server*
County Process Service, Inc.
31 E. Julian Street
San Jose, Ca. 95112

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

DOCUMENTS TO BE SERVED:

1. Summons in a Civil Action

2. Complaint to Quiet Title to Certain Real property

3. Order Setting Initial Case Management Conference and ADR Deadlines/Order Requiring Joint Case Management Statement and Appearance at Case Management Conference/Standing Order for all Judges of the Northern District of California—Contents of Joint Case Management Statement

4. Notice of Assignment of Case to a United States Magistrate Judge for Trial/Consent to Proceed Before a United States Magistrate Judge/Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge

5. Booklet: Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California

6. U.S. District Court of Northern California ECF Registration Information Handout

7. Welcome to the Oakland Divisional Office of the United States District Court

8. Welcome to the U.S. District Court, San Francisco