UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KENNETH BLUME, et al., ) | |
| ) | |
| Plaintiffs, ) | No. C08-3263 BZ |
| ) | |
| v. ) | |
| ) | **ORDER OF CONDITIONAL** |
| UNITED STATES OF AMERICA, ) | **DISMISSAL** |
| ) | |
| Defendant. ) | |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **60 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: March 3, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BLUME V. USA\ORDER OF CONDITIONAL DISMISSAL.wpd

1